IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Carolyn G. Butler, | ) | |
| | ) | Civil Action No. 4:14-4441-TMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Carolyn G. Butler ("Butler") brought this action under 42 U.S.C. §§ 405(g), seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her claim for Disability Insurance Benefits under the Social Security Act. This matter is before the court for review of the Report and Recommendation ("Report") of the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 (D.S.C.). (ECF No. 21). In her Report, the magistrate judge recommends that the Commissioner's decision be reversed and remanded pursuant to sentence four of § 405(g) for further proceedings consistent with the Report. Plaintiff has not filed any objections to the Report, and on February 4, 2016, the Commissioner filed a notice of her intent not to file any objections to the Report. (ECF No. 23).

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In the absence of objections, this court is not required to provide an explanation for adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but

1

instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough and careful review of the record, the court adopts the Report of the Magistrate Judge (ECF No. 21) which is incorporated herein by reference. The Commissioner's final decision is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative review as set forth in the Report.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

February 4, 2016
Anderson, South Carolina

2